

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     4:05-CR-00137 JMM

JULIAN ALLMON

## ORDER OF REFERRAL

The Court hereby refers the oral joint motion of the parties regarding the detention of Julian Allmon in the above styled case to Magistrate Judge John F. Forster for resolution.

SO ORDERED ~~this 14th day of~~ April, 17, 2006.

_____
James M. Moody
United States District Judge